FORM 3-1

# UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| TEXTRAIL, INC.,<br><br>    *Plaintiff*,<br><br>    v.<br><br>THE UNITED STATES,<br><br>    *Defendant*. | **Court No. 23-00099**<br><br>**SUMMONS** |

TO:    The Attorney General and the U.S. Department of Commerce:

PLEASE TAKE NOTICE that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

                                                         **/s/ Mario Toscano**
                                                         Clerk of the Court

### 1. Name and Standing of Plaintiff

Plaintiff in this action is TexTrail, Inc., a U.S. importer of the merchandise under review in the contested scope determination described below. Plaintiff opposes the final scope determination of the International Trade Administration, U.S. Department of Commerce in which it found that certain types of trailer wheels manufactured in Thailand and exported to the United Sates are within the Antidumping/Countervailing duty orders on Steel Wheels from People's Republic of China. *Certain Steel Trailer Wheels 12 to 16.5 Inches from the People's Republic of China*, 84 Fed. Reg. 45952 (Dep't Commerce Sept. 3, 2019) (AD & CVD Orders).  The Department of Commerce issued a final scope determination adverse to the Plaintiff dated April 11, 2023, which was mailed by express mail to the Plaintiff and received immediately thereafter.

Plaintiff is an interested party within the meaning of 19 U.S.C. § 1677(9)(A) and is a party to the proceeding that resulted in the contested final scope determination. Plaintiff has standing to commence this action under 28 U.S.C. § 2631(c), 19 U.S.C. § 1516a(a)(2)(A)(ii) and 19 U.S.C. § 1516a(a)(2)(B)(vi).

FORM 3-1

2. **Brief Description of Contested Determination**

Plaintiff contests the final scope determination made by the U.S. Department of Commerce, finding that trailer wheels identified in the Scope Determination Request filed by Asia Wheel Co., Ltd. using production methods A: "Trailer wheels manufactured using discs from China and rims produced in Thailand from rectangular steel plates from China or a third country" and C: "Dual wheels manufactured using discs produced in Thailand from disc blanks from China and rims from China," and exported to the United States are subject to the scope of the orders. *See* Memorandum from E. Begnal to J. Maeder, re: *Antidumping and Countervailing Duty Orders on Certain Steel Wheels 12 to 16.5 Inches in Diameter from the People's Republic of China*; Final Scope Ruling: Asia Wheel's Steel Wheels Processed in Thailand (Asia Wheel) at 8-9 (April 11, 2023).

3. **Date of Determination**

The contested final scope determination was issued by the Department of Commerce on April 11, 2023.

4. **Date of Publication in Federal Register of Notice of Contested Determination**

Not applicable. Notice of the final scope ruling was mailed on or after April 11, 2023.

Respectfully submitted,

**/s/ Nancy A. Noonan**
Nancy A. Noonan

ARENTFOX SCHIFF LLP
1717 K Street, NW
Washington, DC 20006-5344
202-857-6479

*Counsel to TexTrail, Inc.*

Dated:  May 10, 2023

## SERVICE OF SUMMONS BY THE CLERK

SERVICE OF SUMMONS BY THE CLERK If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)

Justin Miller
Attorney-in-Charge
International Trade Field Office
Commercial Litigation Branch
U.S. DEPARTMENT OF JUSTICE
Room 346
26 Federal Plaza
New York, N.Y.  10278

Robert Heilferty, Chief Counsel
Office of the Chief Counsel for Trade Enforcement & Compliance
U.S. DEPARTMENT OF COMMERCE
14th Street and Constitution Ave., N.W.
Room 3622
Washington, D.C.  20230

Patricia M. McCarthy
Civil Division
Commercial Litigation Branch
U.S. DEPARTMENT OF JUSTICE
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044

Leslie B. Kiernan
General Counsel
U.S. Department of Commerce
Mail Stop 5875 HCHB
14th and Constitution Avenue, NW
Washington DC 20230