## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| ASIA WHEEL CO., LTD.,<br><br>*Plaintiff,*<br><br>and<br><br>TRAILSTAR LLC, LIONSHEAD SPECIALTY TIRE AND WHEEL LLC,<br><br>*Consolidated Plaintiffs,*<br><br>and<br><br>TEXTRAIL, INC.,<br><br>*Plaintiff-Intervenor,*<br><br>v.<br><br>UNITED STATES,<br><br>*Defendant,*<br><br>and<br><br>DEXSTAR WHEEL DIVISION OF AMERICANA DEVELOPMENT, INC.,<br><br>*Defendant-Intervenor.* | **Consol. Court No. 23-00096** |

## <u>ORDER OF REASSIGNMENT</u>

Pursuant to 28 U.S.C. § 253(c) and Rule 77(e)(4) of the Rules of this Court, the above-entitled action, previously assigned to the Honorable Stephen Alexander Vaden, is hereby reassigned to the Honorable Gary S. Katzmann.

Dated at New York, New York, this 12th day of February, 2024

/s/ Mark A. Barnett
Mark A. Barnett
Chief Judge
